# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

**NO:** 1:01-cr-10061-02-T

**USA v.** Carolyn Sue Hale

**AD** Prosequendum

**FOR:** Re-Sentencing

**TO:** USM, Western District of TN
Warden, SCP Federal Medical Center,
3301 Leestown Road, Lexington, KY 40511

YOU ARE HEREBY COMMANDED to have the person of **CAROLYN SUE HALE, Inmate # 17728-076,** by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:30 a.m. on the 14TH day of October, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 25th DAY OF August, 2005.

James D. Todd
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 224 in case 1:01-CR-10061 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Charles P. Dupree
DUPREE LAW FIRM
622 Georgia Ave.
Chattanooga, TN 37402

William H. Ortwein
LAW OFFICE OF WILLIAM H. ORTWEIN
1010 Market St., #306
Chattanooga, TN 37402

Honorable James Todd
US DISTRICT COURT